IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TEWAN WILSON, ) | |
| # 297093, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:15-CV-167-WKW |
| ) | |
| LEE COUNTY DETENTION ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On June 25, 2015, the Magistrate Judge filed a Recommendation (Doc. # 18), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Petitioner Tewan Wilson's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED without prejudice to afford Mr. Wilson an opportunity to exhaust all state-court remedies available to him.

A separate final judgment will be entered.

DONE this 15th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE